Kirby *v.* Sidberry, Appellant.

Argued January 12, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Cecil B. Moore,* with him *Samuel Dashiell,* for appellant.

*James J. Leyden,* with him *John W. Pelino, Frank H. Abbott,* and *Schnader, Harrison, Segal & Lewis,* for appellees.

OPINION PER CURIAM, March 20, 1962:
The decree of the court below is affirmed so far as it pertains to the parties of record. Costs to be borne equally between the parties.